STEINBRECHER & SPAN LLP
Douglas R. Painter (Bar No. 131043)
dpainter@steinbrecherspan.com
445 S. Figueroa St., Suite 2230
Los Angeles, California 90071
Tel.: (213) 891-1400
Fax: (213) 891-1470
Attorney for Defendants
WORLD OF SURROGACY and
CRYSTAL TRAVIS

LTL ATTORNEYS LLP
James M. Lee (Bar No. 192301)
james.lee@ltlattorneys.com
Roozbeh Gorgin (Bar No. 276066)
roozbeh.gorgin@ltlattorneys.com
601 S. Figueroa Street, Suite 3900
Los Angeles, California 90017
Tel.: 213-612-8900
Fax: 213-612-3773
Attorneys for Plaintiffs
WENDY WHEATON and
TOMMY PHIPPS SR.

MITCHELL SILBERBERG &
KNUPP LLP
David A. Steinberg (Bar No. 130593)
das@msk.com
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Tel.: (310) 312-2000
Fax: (310) 312-3100
Attorney for Defendants
PUBLIC BROADCASTING
SERVICE

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WHEATON, an individual; TOMMY PHIPPS SR., an individual, <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIC BROADCASTING SERVICE, a District of Columbia corporation; WORLD OF SURROGACY, INC., a Maryland corporation; CRYSTAL TRAVIS, an individual; and DOES 1-10, <br><br> Defendants. | CASE NO.: 2:16-CV-2308-R-AJW <br><br> **ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS CRYSTAL TRAVIS, WORLD OF SURROGACY, INC. AND PUBLIC BROADCASTING SERVICE** |

ORDER RE: STIPULATION OF DISMISSAL

ORDER

Having considered the Plaintiffs Wendy Wheaton and Tommy Phipps, Sr. and Defendants World of Surrogacy, Inc. ("WOS"), Crystal Travis ("Travis"), and Public Broadcasting Service's ("PBS") Stipulation of Dismissal With Prejudice,

IT IS HEREBY ORDERED, all claims against WOS, Travis, and PBS are voluntarily dismissed with prejudice. Each party is to pay its own fees and costs.

Dated: June 13, 2016

_____
The Honorable Manuel L. Real
United States District Court Judge